

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| GARRET J. NAQUIN ET AL., | CIVIL ACTION |
| VERSUS | 00-2023 |
| NOKIA MOBILE PHONES, INC. ET AL., | SECTION: B (4) |

### ORDER AND REASONS

Before the court are Westinghouse Electric Corporation's Motion to Dismiss and Alternatively Motion for Judgment on the Pleadings (Rec. Doc. No. 59) and Philips Electronic North America Company's ("PENAC") Motion to Dismiss for Insufficient Service of Process (Rec. Doc. No. 44). Westinghouse contends that the plaintiffs' attempt to serve Westinghouse Corporation was improper and insufficient in part because there is no entity known as Westinghouse Corporation. PENAC also contends that service was attempted on a Philips Corporation, which does not exist. This Court entered a voluntary dismissal without prejudice on behalf of Westinghouse Corporation and Philips Corporation on February 1,

-1-

DATE OF ENTRY
FEB 2 2001

\_\_\_Fee_____
\_\_\_Process\_\_\_\_
X\_Dktd\_\_\_\_\_
\_\_CtRmDep\_\_\_\_
Doc.No.\_\_\_\_\_

2001. Accordingly,

**IT IS ORDERED** that Westinghouse Electric Corporation's Motion to Dismiss and Alternatively Motion for Judgment on the Pleadings and Philips Electronic North America Company's Motion to Dismiss for Insufficient Process are **DISMISSED as MOOT**.

New Orleans, Louisiana, this 1st day of February, 2001.

_____
IVAN L.R. LEMELLE
UNITED STATES DISTRICT JUDGE