FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 JUN 13 PM 3: 46

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| GARRETT J. NAQUIN, JUDITH A. KAUFMAN and ASHER RUBINSTEIN | * CIVIL ACTION * |
| | * NO. 00-2023 |
| VERSUS | * |
| | * SECTION "B" |
| NOKIA MOBILE PHONES, INC. ET AL. | * |
| | * MAGISTRATE (4) |

## VOLUNTARY DISMISSAL AND DISMISSAL BY STIPULATION

**NOW COME**, through undersigned counsel, plaintiffs, Garrett Naquin, Judith A. Kaufman and Asher Rubinstein, who, pursuant to Rule 41(a)(1), voluntarily dismisses, without prejudice, their claims against Sprint Corporation. Plaintiffs maintain a full reservation of rights as to all other parties and entities.

Respectfully submitted,

MICHAEL R. ALLWEISS (#2425)
LOWE, STEIN, HOFFMAN, ALLWEISS
 & HAUVER, L.L.P.
701 Poydras St., Suite 3600
New Orleans, LA 70139
Telephone: (504) 581-2450
**Attorneys for Plaintiffs**

DATE OF ENTRY
JUN 1 5 2001

**Certificate of Service**

I do hereby certify that I have on this 18 day of June, 2001 served a copy of the foregoing pleading on counsel for all parties to this proceeding, by mailing the same by United States mail, properly addressed, and first class postage prepaid.

[signature]

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| GARRETT J. NAQUIN, JUDITH A. KAUFMAN and ASHER RUBINSTEIN | * CIVIL ACTION * |
| | * NO. 00-2023 |
| VERSUS | * |
| | * SECTION "C" |
| NOKIA MOBILE PHONES, INC. ET AL. | * MAGISTRATE (4) |

## ORDER

Considering the foregoing Voluntary Dismissal and Dismissal by Stipulation,

**IT IS ORDERED** that the Sprint Corporation referenced in the above captioned lawsuit be, and it is hereby, dismissed without prejudice.

New Orleans, Louisiana this 14th day of JUNE, 2001.

_____
UNITED STATES DISTRICT JUDGE

506388_1